COMMON CAUSE v. NEW JERSEY ELECTION LAW
ENFORCEMENT COMMISSION.

July 12, 1977. Petitions for certification granted. (See
151 *N. J. Super.* 265.)

IN THE MATTER OF THE APPLICATION OF NEW JERSEY
SAVINGS BANK FOR A BRANCH OFFICE TO BE
LOCATED AT 180 NASSAU STREET, PRINCETON BORO.,
MERCER COUNTY, NEW JERSEY.

July 12, 1977. Petitions for certification are granted and
the judgment of the Appellate Division is reversed and re-
manded for a full hearing on the merits.

DAISY FULLER v. ANN KLEIN, COMMISSIONER.

July 12, 1977. Petition for certification is dismissed as
having been improvidently granted. (See 71 *N. J.* 513)

STATE OF NEW JERSEY v. JOSEPH CANTY, JR.

July 20, 1977. Petition for certification denied.

EMORY S. GAL v. GILFORD PARK YACHT CLUB, INC.

July 20, 1977. Petition for certification denied.